# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CYNTHIA ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 05-2492-CM** |
| ) | |
| **THE VILLAGE SQUARE, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon the Joint Stipulation of Plaintiff and Defendant filed on March 28, 2007 pursuant to D.Kan. Local Rule 54.2, and for good cause shown the Court approves the parties' stipulation, and awards attorneys' fees in the amount of $21,372.50 pursuant to 42 U.S.C. § 2000e-5(g).

**IT IS SO ORDERED.**

    **s/ Carlos Murguia**
    **UNITED STATES DISTRICT JUDGE**
    **CARLOS MURGUIA**

Dated in Kansas City, Kansas, this 28th day of March, 2007.